No. 22-1814

**IN THE UNITED STATES COURT OF
APPEALS FOR THE EIGHTH CIRCUIT**

BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES,
*Defendant-Appellant,*

v.

JANE DOE,
*Plaintiff-Appellee.*

On Appeal from the United States District Court
for the District of Nebraska
Case No. 8:17-cv-00265
The Honorable Joseph F. Bataillon

**MOTION FOR LEAVE TO
PARTICIPATE IN ORAL ARGUMENT**

Pursuant to Federal Rule of Appellate Procedure 29(a)(8), *amici curiae* move for leave to participate in oral argument in this case. *Amici* request five minutes of time at the argument. Plaintiff-Appellee, through counsel, has consented to *amici*'s motion. Defendant-Appellant, through counsel, has declined to consent.

This case implicates important questions about the rights of student survivors of sexual harassment, including sexual assault, under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681, *et seq.*

Appellate Case: 22-1814    Page: 1    Date Filed: 09/08/2022 Entry ID: 5196029

As explained in their motion for leave to file their brief, *amici* are nineteen civil rights and survivor advocacy organizations committed to ensuring schools respond to sexual harassment promptly and effectively. Mot. for Leave to File Br. of *Amici Curiae*, Docket ID No. 5185953, at 1-2. *Amici* have particular expertise regarding an important legal question in this case: whether a school may be liable under Title IX for its own deliberate indifference to sexual harassment of a student if that deliberate indifference forces the student to leave school, or otherwise limits her education, but does not cause the student to be sexually harassed again. *Id.* at 2. Some *amici* have addressed this same question in multiple other Title IX cases. *Id.*

Public Justice—a public interest legal advocacy organization whose attorneys authored the *amicus* brief—has briefed the issue before on behalf of both parties and *amici*. Public Justice is currently counsel in two cases presenting the "further harassment" question: (1) *Fairfax County School Board v. Doe*, Supreme Court No. 21-968, a case pending before the United States Supreme Court on a petition for certiorari, and (2) *Doe v. Board of Regents of the University of Wisconsin System*, Seventh Circuit No. 22-2454. The undersigned attorney at Public Justice,

2

Alexandra Z. Brodsky, is counsel of record in both of these cases, and argued *Fairfax County* before the U.S. Court of Appeals for the Fourth Circuit. She is or has been counsel for student-victims or *amici* in Title IX sexual harassment cases in the U.S. Supreme Court, the Third, Fourth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits, and district courts across the country, including the District of Nebraska. If the Court grants this motion, Ms. Brodsky would present oral argument on behalf of *amici*.

Given *amici*'s expertise and extensive experience with a major legal question in the case, their participation in oral argument will aid the Court in deciding the issue. As with their brief, *amici* will offer a unique contribution at oral argument. *See* Reply in Supp. of Mot. for Leave to File Br. of *Amici Curiae*, Docket ID No. 5190524, at 1-2. *Amici* are especially well positioned to discuss how other federal appeals courts have resolved the legal issues now before the Court. *Id.* at 1.

For the reasons explained above, the Court should grant *amici* leave to participate in oral argument.

Appellate Case: 22-1814     Page: 3     Date Filed: 09/08/2022 Entry ID: 5196029

Dated: September 8, 2022

/s/ *Alexandra Z. Brodsky*
Alexandra Z. Brodsky
Adele P. Kimmel
Mollie Berkowitz\*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
abrodsky@publicjustice.net
akimmel@publicjustice.net
mberkowitz@publicjustice.net

*Counsel for* Amici Curiae

\**Admitted in New York. Practice
in the District of Columbia
supervised by D.C. bar members
pursuant to D.C. App. R. 49(c)(8).*

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 470 words. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface using Microsoft Office 365 in 14-point Century Schoolbook font.

Dated: September 8, 2022

*/s/ Alexandra Z. Brodsky*
Alexandra Z. Brodsky
*Counsel for* Amici Curiae

5

Appellate Case: 22-1814    Page: 5    Date Filed: 09/08/2022 Entry ID: 5196029

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 8, 2022        */s/ Alexandra Z. Brodsky*
Alexandra Z. Brodsky
*Counsel for* Amici Curiae

Appellate Case: 22-1814     Page: 6     Date Filed: 09/08/2022 Entry ID: 5196029