# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1814

Jane Doe

Appellee

v.

Board of Trustees of the Nebraska State Colleges, a Political Subdivision of the State of Nebraska

Appellant

------------------------------

19 Civil Rights and Survivor Advocacy Organizations

Amicus on Behalf of Appellee(s)

___

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:17-cv-00265-JFB)

___

**MANDATE**

In accordance with the opinion and judgment of August 15, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 26, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit